# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BNP MEDIA II, LLC, | CASE NO. CV 09-08635 DMG (AJWx) |
| Plaintiff, | **ORDER RE: DISMISSAL OF COMPLAINT WITH PREJUDICE** |
| vs. | **[14]  JS6** |
| NEXT LEVEL SUMMITS, INC., a Canadian corporation, and Does 1-10, inclusive, | |
| Defendants. | |

Quintana Law Group, APC

1 Upon consideration of the "Stipulation for Entry of Order Dismissing Complaint With Prejudice," filed by Plaintiff BNP MEDIA II, LLC and Defendant NEXT LEVEL SUMMITS, INC. on June 8, 2010, it is hereby ordered that all outstanding claims in this action, however designated, are hereby dismissed with prejudice, and without costs or fees, pursuant to Fed. R. Civ. P. 41(a)(1).

IT IS SO ORDERED.

DATED:   June 10, 2010

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Quintana Law Group, APC